```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  KENNETH ALBERT WEBB

 8

 9
                    IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
    UNITED STATES OF AMERICA,    ) No. 2:10-cr-121 GEB
14                               )
                    Plaintiff,   )
15                               ) STIPULATION AND [PROPOSED] ORDER
         v.                      ) CONTINUING CASE
16                               )
    KENNETH ALBERT WEBB,         ) Judge: Hon. Garland E. Burrell, Jr.
17                               ) Date:  December 2, 2011
                    Defendant.   ) Time:  9:00 a.m.
18                               )
    _____ )
19
```

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kyle Reardon, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant KENNETH ALBERT WEBB, that sentencing proceedings scheduled for December 2, 2011, be vacated and the matter continued until January 20, 2012, for sentencing.

This continuance is jointly sought to permit counsel for both parties to complete preparation of sentencing memoranda and to respond to opposing counsel's memoranda.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act is not implicated by this request for a post-conviction continuance.

**IT IS SO STIPULATED.**

Date: November 30, 2011
/s/ *Kyle Reardon*
Kyle Reardon
First Assistant United States Attorney
Counsel for Plaintiff

Date: November 30, 2011
DANIEL J. BRODERICK
Federal Defender

/s/ *Jeffrey L. Staniels*
JEFFREY L. STANIELS
Assistant Federal Defender
Counsel for Defendant
KENNETH ALBERT WEBB

**O R D E R**

**IT IS SO ORDERED.**

Dated: December 1, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge