DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KENNETH ALBERT WEBB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cr-121 GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE |
| KENNETH ALBERT WEBB, | Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | Date: January 20, 2012 |
| | Time: 9:00 a.m. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kyle Reardon, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant KENNETH ALBERT WEBB, that sentencing proceedings scheduled for January 20, 2012, be vacated and the matter continued until February 24, 2012, for sentencing.

This continuance is sought in light of notice of the court's unavailability on January 20, 2012, in light of counsels' upcoming schedules, and to permit orderly completion and submissions of

sentencing memoranda and to responses to opposing counsel's memoranda.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act is not implicated by this request for a post-conviction continuance.

**IT IS SO STIPULATED.**

Date:  January 19, 2012   /s/ *Kyle Reardon*
                          Kyle Reardon
                          First Assistant United States Attorney
                          Counsel for Plaintiff


Date:  January 19, 2012   DANIEL J. BRODERICK
                          Federal Defender


                           /s/ *Jeffrey L. Staniels*
                          JEFFREY L. STANIELS
                          Assistant Federal Defender
                          Counsel for Defendant
                          KENNETH ALBERT WEBB

**O R D E R**

**IT IS SO ORDERED.**

Dated:  January 19, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge