BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>v.<br><br>KENNETH ALBERT WEBB,<br><br>        Defendant. | CASE NO.  2:10-CR-0121 GEB<br><br>**ORDER GRANTING GOVERNMENT'S APPLICATION FOR *IN CAMERA* REVIEW OF EXHIBIT 1 TO GOVERNMENT'S SENTENCING MEMORADUM** |

The United States' application for *in camera* review of Exhibit 1 to the Government's Sentencing Memorandum is hereby granted. The United States shall deliver to the Court a sealed copy of a compact disk (CD) containing Exhibit 1, along with a non-networked computer for review of that disk. Upon completion of the Court's examination of Exhibit 1, the CD and computer will be returned to the United States. A copy of Exhibit 1 will be maintained in the United States Attorney's file.

Approved and so ordered.

**Date:  2/23/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge