```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KYLE REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2700

 5

 6

 7

 8            IN THE UNITED STATES DISTRICT COURT FOR THE

 9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   2:10-CR-00121-GEB
                                 )
12         Plaintiff,            )   FINAL ORDER OF FORFEITURE
                                 )
13      v.                       )
                                 )
14  KENNETH ALBERT WEBB,         )
                                 )
15         Defendant.            )
    _____)
16

17       WHEREAS, on or about August 3, 2011, this Court entered a

18  Preliminary Order of Forfeiture pursuant to the provisions of 18

19  U.S.C. § 2253, based upon the plea agreement entered into between

20  plaintiff and defendant Kenneth Albert Webb and the finding of

21  forfeiture by the Court forfeiting to the United States the

22  following property:

23           a)   HP Compaq Presario V6000 laptop.

24       AND WHEREAS, beginning on August 5, 2011, for at least 30

25  consecutive days, the United States published notice of the

26  Court's Order of Forfeiture on the official internet government

27  forfeiture site www.forfeiture.gov.  Said published notice

28  advised all third parties of their right to petition the Court
```

within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Kenneth Albert Webb.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

Dated: March 26, 2012

GARLAND E. BURRELL, JR.
United States District Judge